**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Lewis T. Babcock**

Criminal Case No. 10-cr-00177-LTB

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1.     JESUS CASTILLO-CASTILLO,

       Defendant.

---

**ORDER**

---

THIS MATTER coming before the Court upon motion of the government to grant the defendant an additional one-level decrease in the offense level for acceptance of responsibility pursuant to United States Sentencing Guidelines section 3E1.1(b), and the Court having considered the same,

IT IS HEREBY ORDERED that defendant be granted an additional one-level decrease in the offense level.

Dated this  27th  day of July, 2010.

                                          BY THE COURT:

                                          s/Lewis T. Babcock
                                          JUDGE LEWIS T. BABCOCK
                                          UNITED STATES DISTRICT COURT
                                          DISTRICT OF COLORADO